

**IT IS ORDERED as set forth below:**

**Date: April 25, 2013**

_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                          )
    TRACY CHARLENE OLSON,           )
    Debtors                         )    CHAPTER 13
                                    )    CASE NUMBER 12-72215
                                    )

**ORDER GRANTING TO MOTION TO RECONSIDER DISMISSAL ORDER and
RE-NOTICING CONFIRMATION**

Debtor filed a *Motion to Reconsider Dismissal Order* on February 26, 2013 and the hearing was held on March 27, 2013. After the Court hearing argument, it is HEREBY

**ORDERED** that the Order of Dismissal entered on February 13, 2013 is vacated, the automatic stay is reinstated. Debtor's Meeting of Creditors shall be held on May 2, 2013 at 3:00 P.M. in Room 365. Confirmation of Debtor's Plan shall be held on June 19, 2013 at 9:30 A.M. Courtroom 1401.

IT IS FURTHERED ORDERED that the Debtor's payment shall be made on a strict compliance basis for the 12 months and if Debtor fails to make said payments the Trustee may recommend dismissal of the case without further notice of hearing.

**END OF DOCUMENT**

**Prepared by:**
/s/Howard Slomka
Howard Slomka
GA Bar #652875
Attorney for Debtor(s)
The Slomka Law Firm
2414 Dallas Highway
Ste 301
Marietta, GA 30064

**Seen and No Opposition by:**
/s/_____
Jason Rogers Staff Attorney for
Mary Ida Townson
Chapter 13 Trustee
GA Bar # 142399
191 Peachtree Street
Suite 2200
Atlanta, Georgia 30303

**Distribution List**

Mary Ida Townson
Chapter 13 Trustee
Suite 2700 Equitable Building
100 Peachtree Street NW
Atlanta, GA, 30303-1906

Tracy Charlene Olson
1619 Wildwood Road
Marietta, GA 30062

SEE ATTACHED FOR ADDITIONAL CREDITORS

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 12-72215-pwb<br>Northern District of Georgia<br>Atlanta<br>Thu Apr 25 13:36:01 EDT 2013 | AES/PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 | Capital One Auto Finance<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 |
| Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | ECMC<br>P. O. Box 75906<br>St. Paul, MN 55175-0906 | EFR I<br>AES/PHEAA<br>PO Box 8183<br>Harrisburg, PA 17105-8183 |
| AES/PHEAA<br>PO BOX 8183<br>HARRISBURG, PA 17105-8183 | Aes/ Slx<br>Po Box 2461<br>Harrisburg, PA 17105-2461 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 |
| Bankcard Usa Acq<br>5701 Lindero Canyo<br>Westlake Villa, CA 91362-4060 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | Best Buy Co., Inc.<br>c/o HSBC Retail Services<br>PO Box 15521<br>Wilmington, DE 19850-5521 |
| Capital One Auto Finance<br>3905 N Dallas Pkwy<br>Plano, TX 75093-7892 | Capital One Auto Finance<br>a division of Capital One, N.A.<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Capital One, N.A. (BEST BUY CO., INC.)<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| Chela/Sallie Mae<br>Attn: Claims Department<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 | Citibank Usa<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 20363<br>Kansas City, MO 64195-0363 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>1800 CENTURY BLVD NE<br>SUITE 17200<br>ATLANTA GA 30345-3206 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia PA 19101-7346 | Jack R. Creel<br>PO Box 801083<br>Houston, TX 77280-1083 |
| Merchant Warehouse<br>PO Box 6600<br>Hagerstown, MD 21741-6600 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | National Credit System<br>Attn: Bankruptcy<br>Po Box 312125<br>Atlanta, GA 31131-2125 |
| National Credit Systems, Inc.<br>P.O. Box 312125<br>Atlanta, GA 31131-2125 | Natl Fitness<br>1645 E Hwy 193<br>Layton, UT 84040-8525 | Premier Bankcard /Charter<br>Post Office Box 2208<br>Vacaville, CA 95696-8208 |
| Sallie Mae Trust<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1496 | Systems & Services Technologies, Inc<br>4315 Pickett Road<br>St. Joseph, MO 64503-1600 | The Home Depot<br>c/o Frederick J Hanna<br>1427 Roswell Road<br>Marietta, GA 30062-3668 |

| | | |
|---|---|---|
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 | Howard P. Slomka<br>Slomka Law Firm<br>2nd Floor<br>1069 Spring Street, NW<br>Atlanta, GA 30309-3817 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303-1770 |
| Tracy Charlene Olson<br>1619 Wildwood Road<br>Marietta, GA 30062-4052 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bb&t<br>Po Box 1847<br>Wilson, NC 27894 | Georgia Department of Revenue<br>1800 Century Blvd<br>Suite 17200<br>Atlanta, GA 30345 | (d)Georgia Dept. of Revenue<br>Bankruptcy Section<br>Suite 17200<br>1800 Century Blvd., NE<br>Atlanta GA 30345 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)EFR I - AES/PHEAA<br>PO Box 8183<br>Harrisburg, PA 17105-8183 | (d)AES/PHEAA<br>Po Box 8147<br>Harrisburg, PA 17105-8147 | (d)Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| (d)ECMC<br>P.O. Box 75906<br>St. Paul, MN 55175-0906 | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (u)Robert Eubanks |

End of Label Matrix
Mailable recipients    33
Bypassed recipients     6
Total                  39